IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR166 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Francisco Leyva-Vallapudua, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Emily A. Weiss, as a Criminal Justice Act Training Panel Member, to assist in the defense of Francisco Leyva-Vallapudua.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Emily A. Weiss is hereby assigned to assist Kelly M. Steenbock in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Emily A. Weiss shall not be eligible to receive compensation for her services in this case.

AFPD Kelly M. Steenbock shall continue to be primary counsel on behalf of the Defendant, Francisco Leyva-Vallapudua.

Dated: July 13, 2018

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge