# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR166 |
| --- | --- |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO LEYVA VILLAPUDUA, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 Motion), ECF No. 63.

IT IS ORDERED:

1. On or before November 1, 2019, the Defendant may reply to the Government's Response to Defendant's Motion under 28 U.S.C. § 2255, ECF No. 67, and the Government's Index of Evidence, ECF No. 68;

2. If the Defendant disputes any factual assertions in the Affidavit of Deborah Cunningham, ECF No. 68-1, and requests an evidentiary hearing, the Defendant must state which specific facts remain in dispute; and

3. The Clerk will send a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 15th day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge