# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:18CR166 |
| vs. | |
| FRANCISCO LEYVA VILLAPUDUA, | JUDGMENT |
| Defendant. | |

For the reasons set out in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 63, is denied;

2. No certificate of appealability will be issued; and

3. The Clerk will send a copy of this Judgment to the Defendant at his last known address.

Dated this 12th day of November, 2019.

BY THE COURT:

s/ Laurie Smith Camp
Senior United States District Judge